2016-1592 (La. 1/13/17)

**STATE of Louisiana**

v.

**Dominique MCCLELLAN**

**NO. 2016–KK–1592**

Supreme Court of Louisiana.

01/13/2017

PER CURIAM

**Writ Granted.** The ruling of the district court suppressing statements made by the defendant and seized evidence is reversed. The district court erred in ruling that, during the routine vehicular investi-

gatory stop, the defendant was under custodial interrogation. Further, the district court erred in ruling that the search of the vehicle—that the defendant consented to—was a violation of the defendant's Fourth Amendment rights. The matter is remanded to the district court for further proceedings consistent with this order.

JOHNSON, C.J. deny.

GENOVESE, J., would deny.